# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| AD AMERICA, INC., A NEVADA CORPORATION; MEADE DEVELOPMENT, LLC, A NEVADA LIMITED LIABILITY CORPORATION; ONE UNIVERSE, LLC, A NEVADA LIMITED LIABILITY CORPORATION; AND JOHN BIELINSKI, AN INDIVIDUAL,<br>Appellants,<br>vs.<br>THE STATE OF NEVADA, DEPARTMENT OF TRANSPORTATION; AND CLARK COUNTY CREDIT UNION, A NEVADA NON-PROFIT COOPERATIVE CORPORATION,<br>Respondents. | No. 73909<br><br>FILED<br><br>JUN 2 2 2018<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY _____<br>DEPUTY CLERK |



## *ORDER DISMISSING APPEAL*

On April 19, 2018, we entered an order allowing counsel for appellants to withdraw as counsel of record. We directed appellant John Bielinski, by May 21, 2018, to either (1) retain new counsel and cause new counsel to file a notice of appearance in this court, or (2) inform this court, in writing, that he did not intend to retain new counsel and will be proceeding in pro se. We directed appellants Ad America, Inc., Meade Development, LLC, and One Universe, LLC, also by May 21, 2018, to retain new counsel and cause new counsel to file a notice of appearance in this court. We cautioned that failure to comply with our order could result in the dismissal of this appeal as abandoned. To date, appellants have not

18-23884

complied with out order or otherwise communicated with this court. Accordingly, it appears that this appeal is abandoned and we

ORDER this appeal DISMISSED.

_____ Cherry _____ , J.
Cherry

_____ Parraguirre _____ J.
Parraguirre

_____ Stiglich _____ , J.
Stiglich


cc: Hon. Kathleen E. Delaney, District Judge
John Bielinski
Ad America, Inc.
Meade Development, LLC
One Universe, LLC
Attorney General/Carson City
Attorney General/Transportation Division/Las Vegas
Stephens, Gourley & Bywater
Eighth District Court Clerk